**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**EDWARD LEE BROWN**                                                                 **PLAINTIFF**

**V.**                                     **Case No. 3:25-CV-00208-JM**

**NATHANIAL KEY**                                                                 **DEFENDANT**

## ORDER

On October 3, 2025, the Court granted Plaintiff Edward Lee Brown's petition to proceed *in forma pauperis* and screened his complaint. (Doc. 3). Finding his 32-page complaint difficult to read and noting that the Court was neither able to discern his allegations nor the relief sought, Brown was given the opportunity to amend his complaint. (*Id.*). Brown's 75-page amended complaint offers no clarity. (Doc. 4). He again vaguely references events, dates, and people surrounding what appears to be a state civil fine for unvaccinated dogs and provides veterinarian papers showing he has since given his dogs the required rabis vaccine.  The Court is not going to sift through Brown's papers and craft a constitutional argument for him. Because Brown has failed to set forth specific factual allegations in an organized manner, his complaint and amended complaint are dismissed without prejudice for failure to state a claim.

IT IS SO ORDERED this 9th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE