## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**EDWARD LEE BROWN**                                                    **PLAINTIFF**

**V.**                          **Case No. 3:25-CV-00208-JM**

**NATHANIAL KEY**                                                       **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 9th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE